JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Chicago, IL 60602
Suite 1100


Invoice submitted to:
ALLEN JOSEPH FINE JEWELERS, INC.
Gina B. Krol, Chapter 7 Trustee
Case No. 04-40207
Judge John H. Squires


August 26, 2008


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **COMPENSATION** | | | | |
| 8/7/2007 | GBK | PrepareTrustee's Motion to Compensate Accountant. Prepare one page notice to creditors of motion and proof of service | 0.65 | 243.75 |
| 8/31/2007 | GBK | Court appearance for hearing onTrustee's Motion to Compensate Accountant. Prepare proposed order. | 0.75 | 281.25 |
| | SUBTOTAL: | | [ 1.40 | 525.00] |
| **PROF EMPLOYMENT** | | | | |
| 12/21/2004 | GBK | Prepare trustee's motion to employ attorney's for trustee. Prepare affidavit as required by the Rules | 0.50 | 157.50 |
| | GBK | Prepare trustee's motion to employ auctioneer for trustee. Prepare affidavit as required by the Rules | 0.50 | 157.50 |
| 1/7/2005 | GBK | Court appearance for hearing trustee's motion to employ attorney's for trustee. Prepare proposed order authorizing employment | 0.45 | 148.50 |
| | GBK | Court appearance for hearing trustee's motion to employ auctioneer for trustee. Prepare proposed order authorizing employment | 0.45 | 148.50 |
| 2/7/2006 | GBK | Prepare Trustee's Motion to Employ Accountant. Prepare affidavit of disinterestedness | 0.50 | 175.00 |
| 2/10/2006 | GBK | Court appearance for hearing onTrustee's Motion to Employ Accountant. Prepare proposed order. | 0.75 | 262.50 |

ALLEN JOSEPH FINE JEWELERS, INC.                                                                                     Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | SUBTOTAL: |  | [ 3.15 | 1,049.50] |
|  | **SALE OF ASSETS** |  |  |  |
| 2/15/2005 | GBK | Prepare Trustee's motion for authority to accept offer for sale of assets | 0.65 | 214.50 |
|  | GBK | Prepare one page notice to creditors of Trustee's motion for authority to accept offer for sale of assets. Prepare proof of service. | 0.40 | 132.00 |
| 3/11/2005 | GBK | Court appearance for hearing onTrustee's motion for authority to accept offer for sale of assets. Prepare proposed order | 0.85 | 280.50 |
|  | SUBTOTAL: |  | [ 1.90 | 627.00] |
|  | For professional services rendered |  | 6.45 | $2,201.50 |

Additional Charges :

**$PHOTOCOPIES**

| 2/14/2005 | 108 copies for Trustee's Motion to Accept Offer to Purchase Assets, sent to all creditors | 10.80 |
|---|---|---|
| 2/3/2006 | 43 copies for Trustee's Motion to Employ Accountant | 4.30 |
| 8/7/2007 | 102 copies Trustee's Motion to Compensate Accountant sent to all creditors | 10.20 |
|  | SUBTOTAL: | [ 25.30] |

**$POSTAGE**

| 2/14/2005 | Postage for Trustee's Motion to Accept Offer to Purchase Assets, sent to all creditors | 17.39 |
|---|---|---|
| 2/3/2006 | Postage for Trustee's Motion to Employ Accountant | 3.78 |
| 8/7/2007 | Postage for Trustee's Motion to Compensate Accountant sent to all creditors | 19.27 |
|  | SUBTOTAL: | [ 40.44] |
|  | Total additional charges | $65.74 |
|  | Total amount of this bill | $2,267.24 |
|  | Balance due | $2,267.24 |

ALLEN JOSEPH FINE JEWELERS, INC.	Page	3

## ATTORNEY Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| GINA B. KROL | 1.40 | 375.00 | $525.00 |
| GINA B. KROL - 2004 | 1.00 | 315.00 | $315.00 |
| GINA B. KROL - 2005 | 2.80 | 330.00 | $924.00 |
| GINA B. KROL - 2006 | 1.25 | 350.00 | $437.50 |