UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| ALLEN JOSEPH FINE JEWELERS LTD ) | | Case No. 04-40207-SQU |
| ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL  60187

    On:  **October 17, 2008**          Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $5,111.82 |
    | Disbursements | $1,758.28 |
    | Net Cash Available for Distribution | $3,353.54 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $1,261.18 | $12.99 |
    | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $2,201.50 | $65.74 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $29,816.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Karyl Benes | $28,000.00 | $0.00 |
| 000002 | Chicago Department Of Revenue | $135.00 | $0.00 |
| 000003 | Chicago Department Of Revenue | $156.25 | $0.00 |
| 000004 | Chicago Department Of Revenue | $1,525.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $0.00 |

Dated: **September 18, 2008**                    For the Court,

By:   **KENNETH S. GARDNER**
       CLERK OF BANKRUPTCY COURT
       KENNETH S. GARDNER

Trustee:     Gina B. Krol
Address:    105 West Madison Street
             Suite 1100
             Chicago, IL  60602-0000
Phone No.:  (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                   Page 1 of 1                   Date Rcvd: Sep 18, 2008
Case: 04-40207                  Form ID: pdf002               Total Served: 20

The following entities were served by first class mail on Sep 20, 2008.
db          +Allen Joseph Fine Jewelers Ltd,   1116 High Ridge Road,   Lombard, IL 60148-3704
aty         +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
aty         +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty         +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
aty         +Michael J Davis,   Davis & Hands,   611 South Addison Road,   Addison, IL 60101-4648
tr          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
8634724      American Express,   Customer Services,   P. O. Box 650448,   Dallas, TX 75265-0448
8634725     +Asian Gems, Inc.,   29 E Madison Street, Ste 1803,   Chicago, IL 60602-4848
8634726     +Atlantic Trading, Inc.,   5 S Wabash, Ste 818,   Chicago, IL 60603-3195
8634727      Bank One,   P. O. Box 15153,   Wilmington, DE 19886-5153
10905370    +Chicago Department of Revenue,   Attn: Business Bankruptcy Unit,   333 S. State St. - Suite 540,
              Chicago, IL 60604-3992
8634728     +City Of Chicago,   Department Of Revenue,   22615 Network Place,   Chicago, IL 60673-1226
8634729     +House Of Findings, Inc.,   5 S Wabash, Ste 416,   Chicago, IL 60603-3595
8634730     +I. Stark & Company,   8 S Michigan Avenue, Ste 2210,   Chicago, IL 60603-3334
8634731     +JP Trades, Inc,   5 S Wabash Avenue, Ste 511,   Chicago, IL 60603-3485
8634732     +Karyl Benes,   1116 Highridge Road,   Lombard, IL 60148-3704
8634733     +Metro Net,   67 E Madison Street, Ste 265,   Chicago, IL 60603-3014
8634734     +Rehmeninm Gems,   5 S Wabash Avenue, Ste 812,   Chicago, IL 60603-3192
8634735     +Royal Castings, Inc.,   29 E Madison Street, Ste 1835,   Chicago, IL 60602-4865
8634736     +V & O Jewelers,   5 S Wabash Avenue, Ste 415,   Chicago, IL 60603-3508

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2008**                    **Signature:** _Joseph Speetjens_